| | |
|---|---|
| 1 | DANIEL J. BRODERICK, Bar #89424<br>Federal Defender |
| 2 | VICTOR M. CHAVEZ, Bar #113752<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>DOUK DUKE PEN |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:12-MJ-0235 BAM |
|---|---|
| Plaintiff, | )<br>)<br>) STIPULATION TO CONTINUE |
| v. | ) PRELIMINARY HEARING; ORDER<br>) |
| DOUK DUKE PEN, | ) DATE: October 26, 2012<br>) TIME: |
| Defendant. | ) JUDGE: Hon. Sheila K. Oberto<br>) |

The parties, through their respective counsel, Assistant United States Attorney Kevin P. Rooney, and Assistant Federal Defender Victor M. Chavez, hereby agree and stipulate that the preliminary hearing presently set for October 12, 2012, **may be continued to October 26, 2012** before the duty magistrate.

This stipulation is proposed to allow the parties to explore a pre-indictment disposition. Pursuant to Federal Rule of Criminal Procedure 5.1(d). Mr. Pen's preliminary hearing may be continued with the defendant's consent and upon a showing of good cause. This stipulation has been explained to Mr. Pen by his attorney and he consents to it.

///
///
///
///
///

|  |  |
|---|---|
| | BENJAMIN B. WAGNER<br>United States Attorney |
| DATED: October 10, 2012 | By: /s/ *Kevin P. Rooney*<br>KEVIN P. ROONEY<br>Assistant United States Attorney<br>Counsel for Plaintiff |
| | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: October 10, 2011 | By: /s/ *Victor M. Chavez*<br>VICTOR M. CHAVEZ<br>Assistant Federal Defender<br>Attorney for Defendant<br>DOUK DUKE PEN |

**ORDER**

**ORDER**

IT IS SO ORDERED.

**Dated:   October 11, 2012**          /s/ **Sheila K. Oberto**
                                     UNITED STATES MAGISTRATE JUDGE